# Order

**Michigan Supreme Court**
Lansing, Michigan

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146722 & (89)

LaFONTAINE SALINE, INC. d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,
      Plaintiff-Appellee,
v

CHRYSLER GROUP LLC,
      Defendant-Appellant,

and

IHS AUTOMOTIVE GROUP LLC d/b/a/
CHRYSLER JEEP OF ANN ARBOR,
      Defendant-Appellee.

SC: 146722
COA: 307148
Washtenaw CC: 10-001329-CZ

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the November 27, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred in holding that the 2010 PA 139 definition of "relevant market area," MCL 445.1566(1)(a), applied to enable the plaintiff to challenge the future dealer agreement between the defendants under MCL 445.1576(3). Compare *Kia Motors America, Inc v Glassman Oldsmobile Saab Hyundai, Inc*, 706 F3d 733, 735 (CA 6, 2013). We further ORDER that this case be argued and submitted to the Court together with the case of *LaFontaine Saline, Inc v Chrysler Group LLC* (Docket No. 146724), at such future session of the Court as both cases are ready for submission.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk

s0925